UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
          FILED
        NOV 19 2007
AT_____O'CLOCK_____
   Lawrence K. Baerman, Clerk - Bing.
```

CASE NO.: 07-CR-275 (TJM)
DATE: November 13, 2007

PRESIDING JUDGE: HON. THOMAS J. McAVOY

( X ) GOVERNMENT      ( ) DEFENDANT      ( ) COURT

DATE:

| EXHIBIT NO. | MARKED FOR IDENTIFICATION | ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 11-13 | 11-13 | | | Border Overhead Photograph, Overton Corners POE, NY |
| 2 | 11-13 | 11-13 | | STIP | Border Overhead Photograph, Bay Road, VT |
| 3A | 11-13 | 11-13 | | STIP | Jeep Liberty Photo Rear of vehicle and license plate |
| 3B | | | | | Jeep Liberty Photo Side of vehicle showing plate and damage |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION | ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| DATE: | | | | | |
| 3C | | | | | Jeep Liberty Photo Side of vehicle showing damage |
| 4 A, B, C | 11-13 | 11-13 | | STP | Photos, Route 221 in Canada towards POE |
| 5 A, B→K | 11-13 | 11-13 | | STP | Photos, Overton Corners POE |
| 6 | 11-13 | 11-13 | | STP | Port Surveillance Tape of Jeep Liberty border crossing June 2, 2007 |
| 7 | | | | | Avis Rental Agreement - Jeep Liberty |
| 8 | 11-13 | 11-13 | | STP | Columbian Passport of Gilberto Aldana-Barrera |
| 9 | 11-13 | 11-13 | | STP | Sworn statement of Gilberto Aldana-Barrera |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

Page 3 of 3

| EXHIBIT NO. | DATE: MARKED FOR IDENTIFICATION | ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 10 | | | | | New York State Police recording of Overton Corners POE controlled crossing |
| 11 A-F | 11-13 | 11-13 | | STP | New York State Police photographs |
| 12 | 11-13 | 11-13 | | STP | Swanson Map |
| 13 | | | | | |
| 14 B | | | | | Torch |
| 15 | 11-16 | 11-16 | | | |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____