DO THE CONES IN THIS CASE CONSIST OF BEING A HAZARD OR A POTENTIAL HAZARD WHICH WOULD REPLACE SECTION 1180A

Russ Palmateer
Foreperson


Court Exhibit 1