07-CR-275

Court Exhibit 2

Count 1 — element 2

To meet the definition of fleeing from Federal, State or local law enforcement agents, do the agents have to be in "hot pursuit"? that is, can a defendant "flee" from agents who may be sitting in an immigration checkpoint, or can one only "flee" from an agent who the defendant would reasonably know is pursuing you in a vehicle, on foot, or by some other obvious means

Russ Palmatam
Freeperson

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 19 2007
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton